UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DEAN R. HARMON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 6:20-cv-00880-BR<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)(1)(A) |

Plaintiff's attorney is awarded fees in the amount of $6,441.18 pursuant to 42 U.S.C. § 406(b)(1)(A). Consistent with these amounts determined and allowed, any past-due benefits withheld by the agency in anticipation of an order 42 U.S.C. 406(b)(1)(A), up to $6,441.18, is to be made payable and mailed to Attorney John E. Haapala, less an administrative assessment pursuant to 42 U.S.C. § 406(d).

Dated this 11th day of January, 2022.

*Anna J Brown*
Anna J. Brown, United States
Senior Judge

Prepared by:
John E. Haapala
Attorney for Plaintiff

ORDER AWARDING ATTORNEY FEES PURSUANT 42 U.S.C. § 406(b)(1)(A)